# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Juan Manuel Lopez-Sanchez,<br>a.k.a.: Juan Manuel Lopez Sanchez,<br>a.k.a.: Juan Lopez-Sanchez,<br>a.k.a.: Juan Lopez Sanchez,<br>(A098 003 358)<br>*Defendant* | )<br>)<br>) Case No. 17-9357 MJ<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of August 1, 2017, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Juan Manuel Lopez-Sanchez, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Del Rio, Texas, on or about March 16, 2015, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated by Reference Herein**

REVIEWED BY: Charles E. Bailey, P.S. for SAUSA Ryan J. Goldstein

☒ Continued on the attached sheet.

*Complainant's signature*

Richard G. Prunty,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: August 28, 2017

*Judge's signature*

City and state:  Phoenix, Arizona

Eileen S. Willett,
United States Magistrate Judge
*Printed name and title*

## STATEMENT OF PROBABLE CAUSE

I, Richard G. Prunty, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On August 1, 2017, Juan Manuel Lopez-Sanchez was booked into the Maricopa County Jail (MCJ) intake facility by the Phoenix Police Department on local charges. While incarcerated at the MCJ, Lopez-Sanchez was examined by ICE Officer R. Rodriguez who determined him to be a Mexican citizen, illegally present in the United States. On the same date, an immigration detainer was lodged with the MCJ. On August 27, 2017, Lopez-Sanchez was released from the MCJ and transported to the Phoenix ICE office for further investigation and processing. Lopez-Sanchez was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Juan Manuel Lopez-Sanchez to be a citizen of Mexico and a previously deported criminal alien. Lopez-Sanchez was removed from the United States to Mexico through Del Rio, Texas, on or about March 16, 2015, pursuant to the reinstatement of an order of removal issued by an immigration judge. There is no record of Lopez-Sanchez in any Department of Homeland Security

database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Lopez-Sanchez's immigration history was matched to him by electronic fingerprint comparison.

4. On August 27, 2017, Juan Manuel Lopez-Sanchez was advised of his constitutional rights. Lopez-Sanchez freely and willingly acknowledged his rights and declined to make any further statements.

5. For these reasons, this affiant submits that there is probable cause to believe that on or about August 1, 2017, Juan Manuel Lopez-Sanchez, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Del Rio, Texas, on or about March 16, 2015, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

_____
Richard G. Prunty,
Deportation Officer,
Immigration and Customs Enforcement

Sworn to and subscribed before me
this 28th day of August, 2017.

_____
Eileen S. Willett,
United States Magistrate Judge